IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-00787-REB-MJW

SG INTERESTS VII, LTD, a Texas limited partnership and
SG INTERESTS  I, LTD, a Texas limited partnership,

Plaintiffs,

v.

BEAR RANCH LLC, a Colorado limited liability company,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Motion for Permission to File and for the Court to Consider, the Within Sur-Reply (Docket No. 30) is GRANTED in part and DENIED in part.  The motion is GRANTED in that, if the court elects to consider the attachment to defendant's reply (Docket No. 29-1), it will also consider the attachment to plaintiffs' sur-reply (Docket No. 30-1).  The motion is DENIED in that the court will not consider any additional argument contained in plaintiffs' sur-reply.

Date: June 12, 2013