**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-00787-REB-MJW

SG INTERESTS VII, LTD, a Texas limited partnership, and
SG INTERESTS I, LTD, a Texas limited partnership,

     Plaintiffs,

v.

BEAR RANCH LLC, a Colorado limited liability company,

     Defendant.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

The matter is before me on **Plaintiffs' Notice of Dismissal Without Prejudice**

[#35][1] filed August 13, 2013.  After reviewing the notice and the record, I conclude that

the notice should be approved and that this action should be dismissed without

prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That **Plaintiffs' Notice of Dismissal Without Prejudice** [#35] filed August

13, 2013, is **APPROVED**;

2.  That the Final Pretrial Conference and Trial Preparation Conference set May

2, 2014, are **VACATED**;

3.  That the trial to the court set to commence May 5, 2014, is **VACATED**;

---

[1] "[#35]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

4.  That any pending motion is **DENIED** as moot; and

5.  That this action is **DISMISSED WITHOUT PREJUDICE**.

Dated August 13, 2013, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackbum
United States District Judge