**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-00787-REB-MJW

SG INTERESTS VII, LTD, a Texas limited partnership, and
SG INTERESTS I, LTD, a Texas limited partnership,

    Plaintiffs,

v.

BEAR RANCH LLC, a Colorado limited liability company,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on **Plaintiffs' Notice of Dismissal Without Prejudice** [#35][1] filed August 13, 2013. After reviewing the notice and the record, I conclude that the notice should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiffs' Notice of Dismissal Without Prejudice** [#35] filed August 13, 2013, is **APPROVED**;

2. That the Final Pretrial Conference and Trial Preparation Conference set May 2, 2014, are **VACATED**;

3. That the trial to the court set to commence May 5, 2014, is **VACATED**;

---

[1] "[#35]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

4. That any pending motion is **DENIED** as moot; and

5. That this action is **DISMISSED WITHOUT PREJUDICE**.

Dated August 13, 2013, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge